FROM : CHECKMATE    FAX NO. :7603363102    Jan. 11 2007 04:13PM P1
Case 3:06-cr-00633-WQH Document 38 Filed 01/12/07 PageID.111 Page 1 of 1
Case 3:06-cr-00633-WQH Document 37 Filed 01/11/2007 Page 1 of 1

DAVID J. ZUGMAN
California State Bar Number 190818
964 Fifth Avenue, Suite 300
San Diego, California 92101
Telephone: (619) 699-5931
Facsimile: (619) 699-5932
dzugman@burchamzugman.com

Attorney for Frank Roth

FILED
07 JAN 12 PM 1:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>v.<br>FRANK ROTH,<br>　　Defendants. | Case No. 06CR0633-WQH<br><br>SURETY ACKNOWLEDGMENT AND AGREEMENT TO ALLOW MR. ROTH TO REMAIN ON BOND UNTIL HIS FEBRUARY 23, 2007 SURRENDER DATE |

**THE SURETY FOR MR. ROTH STIPULATES AND CONSENTS** to Mr. Roth remaining on bond pending his surrender date of February 23, 2007. All other terms and conditions of the bond remain in effect.

**IT IS SO STIPULATED:**

Dated: _____

_____
JEFFREY EUBANKS
SURETY FOR MS. MONGER

**SO ORDERED**

Dated: 1/11/07

_____
WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT JUDGE

06CR0633-WQH